# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 23, 2007 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV. 07-00035 HG-LEK
                 CR. 00-00187 HG-BMK

CASE NAME:       Jorge Salazar-Guillen v. Francisco Quintana, Warden F.C.I. Beaumont Low

ATTYS FOR PLA:   Pro Se

ATTYS FOR DEFT:  Loretta A. Sheehan

JUDGE:   Helen Gillmor            REPORTER:

DATE:    January 23, 2007         TIME:

## MINUTE ORDER

On January 19, 2007, Jorge Salazar-Guillen filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1).

Assistant United States Attorney, Loretta Sheehan, shall file on or before **February 20, 2007** a response addressing the matters asserted in the petition as grounds for relief.

Submitted by: Mary Rose Feria, Courtroom Manager

cc:   Above counsel and pro se parties
      Clerk of the Court
      Chief Judge Gillmor's chambers
      Judge Kobayashi's chambers
      Judge Kurren's chambers