ORIGINAL

January 30 , 2007

RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 06 2007

DISTRICT OF HAWAII

Clerk of Court
U.S. District Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, Hawaii 96850-0338

Re: Jorge Guillen Salazar Vs. Francisco Quintana, Warden

Dear Clerk,

Enclosed you will find my original Motion for an Order Directing the Court Reporter to Provide Petitioner a Copy of Trial Transcript along with 2 copies of same. Please file mark and submit the original to the court for it's consideration. Please return copies for my records. I have served a copy of this motion to the U.S. Attorney's Office by mail. Should you need any other information from me, please contact me at the address provided.

Thanking you in advance for your time into this matter.

Sincerely,

Jorge G. Salazar

Jorge Guillen-Salazar #87626-022
F.C.I. Beaumont Low-Unit SB
P.O. Box 26020
Beaumont, Texas 77720-6020