Jorge Guillen Salazar #87626-022
F.C.I. Beaumont Low-Unit SB
P.O. Box 26020
Beaumont, Texas 77720-6020

9650+0238-38 C017

Clerk of Court
U.S. District Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, Hawaii 96850-0338

