March 7, 2007

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 1 4 2007
4:30pm
DISTRICT OF HAWAII

Clerk of Court
U.S. District Court
District of Hawaii
300 Ala Moana Blvd, Room 6100
Honolulu, Hawaii 96850

Re: Jorge Salazar-Guillen Vs United States of America
    CV. NO. 07-00035-HG/LEK
    CR. NO. 00-00187-HG

Dear Clerk,

    Enclosed you will find Defendant/Movant's Response to Government's Reply to Defendant Salazar's 28 U.S.C. Petition to Vacate his Conviction(s)/Sentence and Defendant Salazar's response to Government's Reply to Defendant Salazar's Motion for Transcripts and copy of same. Please file mark and return copies for my records. Should you need any other information from me, please contact me at the address provided.
    Thanking you in advance for your time into this matter.

Sincerely,

*Jorge Salazar*

Jorge Salazar-Guillen
#87626-022
F.C.I. Beaumont Low-Unit SB
P.O. Box 26020
Beaumont, Texas 77720-6020

Jorge Salazar-Guillen
Fed. Reg. No. 87626-022
F.C.I. Beaumont, Low-Unit SB
P.O. Box 26020
Beaumont, Texas 77720-6020

Clerk of Court
District of Hawaii
300 Ala Moana Blvd
Honolulu Hawaii 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 14 2007
4:30pm
DISTRICT OF HAWAII

